UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE WITH AN E, LIMITED LIABILITY
COMPANY,

      Plaintiff
and Counterclaim Defendant,

v.

ANNE OF GREEN GABLES LICENSING
AUTHORITY INC.,

      Defendant
and Counterclaimant.

Civil Case No.: 1:23-CV-01408
(LAK)

**RULE 7.1. CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant Anne of Green Gables Licensing Authority Inc. ("AGGLA"), by and through its undersigned counsel, states that AGGLA is jointly owned by the Province of Prince Edward Island and the Heirs of L.M. Montgomery Inc. and that no publicly held corporation owns 10% or more of AGGLA's stock.

Dated:  May 1, 2023
        New York, New York

DAVIS+GILBERT LLP

    */s/ Marc J. Rachman*
Marc J. Rachman
mrachman@dglaw.com
1675 Broadway
New York, New York 10019
(212) 468-4800

*Counsel for Defendant and*
*Counterclaimant Anne of Green Gables*
*Licensing Authority*