UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE WITH AN E, LIMITED LIABILITY COMPANY,<br>   *Plaintiff*,<br><br>v.<br><br>ANNE OF GREEN GABLES LICENSING AUTHORITY INC.,<br><br>   *Defendant*. | Civil Action No.: 1:23-cv-01408 (LAK) |

**STIPULATION AND [PROPOSED] ORDER CONCERNING
PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Anne With An E, Limited Liability Company ("Plaintiff") and Defendant Anne of Green Gables Licensing Authority Inc. ("Defendant") [AND ORDERED] as follows:

1. The time for Plaintiff to answer, move against, or otherwise respond to Defendant's Counterclaims in this matter (ECF No. 15) shall extend to and include June 5, 2022.

2. The parties consent to the relief requested herein. There have been no prior requests for an extension of Plaintiff's time to answer, move against, or otherwise respond to Defendant's Counterclaims in this matter.

3. Facsimile and electronic signatures on this Stipulation shall have the same force and effect as original signatures and this Stipulation may be signed in counterparts.

                      HON. LEWIS A. KAPLAN

Consented to as of May 16, 2023.

| **LEASON ELLIS LLP** | **DAVIS+GILBERT LLP** |
|---|---|
| */s/Cameron S. Reuber* | */s/Marc J. Rachman* |
| Cameron S. Reuber | Marc J. Rachman |
| Peter S. Sloane | 1675 Broadway |
| Tatsuya Adachi | New York, New York 10019 |
| LEASON ELLIS LLP | Phone: (212) 468-4890 |
| One Barker Avenue | Email: MRachman@dglaw.com |
| White Plains, New York 10601 | |
| Phone: (914) 288-0022 | *Attorneys for Defendant Anne of Green Gables Licensing Authority Inc.* |
| Email: reuber@leasonellis.com; sloane@leasonellis.com; adachi@leasonellis.com; lelitdocketing@leasonellis.com | |
| *Attorneys for Plaintiff Anne With An E, Limited Liability Company* | |