UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANNE WITH AN E, LIMITED LIABILITY COMPANY,

    *Plaintiff*,

v.

ANNE OF GREEN GABLES LICENSING AUTHORITY INC.,

    *Defendant*.

Civil Action No.: 1:23-cv-01408 (LAK)

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties to this action that the above-captioned action, inclusive of all claims and counterclaims pending against any parties in this case, is voluntarily dismissed in full, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

**IT IS SO STIPULATED.**

Dated: July 7, 2023

**LEASON ELLIS LLP**

_/s/ Cameron Reuber_

Cameron S. Reuber
Peter S. Sloane
Tatsuya Adachi
LEASON ELLIS LLP
One Barker Avenue
White Plains, New York 10601
Phone: (914) 288-0022
Email: reuber@leasonellis.com;
sloane@leasonellis.com;
adachi@leasonellis.com;
lelitdocketing@leasonellis.com

*Attorneys for Plaintiff Anne With An E, Limited Liability Company*

**DAVIS+GILBERT LLP**

_/s/ Marc Rachman_

Marc J. Rachman
1675 Broadway
New York, New York 10019
Phone: (212) 468-4890
Email: MRachman@dglaw.com

*Attorneys for Defendant Anne of Green Gables Licensing Authority Inc.*